# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR376 |
| vs. | ORDER |
| JOSE MANUEL LOPEZ-ALVARADO, | |
| Defendant. | |

This matter is before the Court on the letter from the defendant, Jose Manuel Lopez-Alvarado, asking that the Court construe his letter as a motion for a copy of Filing No. 103. (Filing No. 106). Filing No. 103 is a 2023 Amendment 821 Retroactive Sentencing Worksheet as to the defendant, which was filed under restricted access. The clerk of court previously advised the defendant that Filing No. 103 cannot be sent to him without a court order. (Filing No. 105). Because the document pertains to the defendant, who is not represented by counsel, the Court will grant the defendant's motion requesting a copy of the document. However, a defendant does not have the right to receive copies of documents without payment, even if he is indigent. See 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). Therefore, in order to receive a copy of the document, the defendant must pay the established rate of 50¢ per page. Filing No. 103 is two pages; therefore, the defendant must transmit $1.00 for the copy. Accordingly,

**IT IS ORDERED**: Defendant's motion (Filing No. 106) for a copy of Filing No. 103 is granted. The clerk of court may provide the defendant with a copy of Filing No. 103 upon receipt of payment for the copy.

Dated this 12th day of August, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge